IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-CV-340-D-RN

| | |
|---|---|
| SOUTHLAND NATIONAL INSURANCE CORPORATION, et al., | ) ) ) |
| Plaintiffs, | ) NOTICE TO PLAINTIFF OF FAILURE ) TO MAKE SERVICE WITHIN 90 DAYS |
| v. | ) ) |
| GREG E. LINDBERG, et al., | ) ) |
| Defendants. | ) ) |

The docket in this action does not reflect that service has been obtained upon defendants Standard Advisory Services, Ltd., Intralan Investments Limited, and Standard Financial Limited within 90 days of the filing of the complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides that the action shall be dismissed without prejudice as to these defendants unless you can demonstrate good cause to the court why such service was not made within the prescribed time period. You must comply with this requirement within 14 days of receipt of this notice. At the end of this time period, the record will be forwarded to the presiding judge to whom this action is assigned for a determination of whether you have demonstrated good cause. Failure to respond to this notice within the time allotted will result in dismissal of the defendants Standard Advisory Services, Ltd., Intralan Investments Limited, and Standard Financial Limited without prejudice.

SO ORDERED. This the 25th day of September, 2023.

/s/ Peter A. Moore, Jr.
CLERK OF COURT