IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00340-D-RN

SOUTHLAND NATIONAL INSURANCE
CORPORATION in Liquidation; BANKERS
LIFE, INSURANCE COMPANY in
Rehabilitation; COLORADO BANKERS
LIFE INSURANCE COMPANY in
Rehabilitation; and the SPECIAL DEPUTY
REHABILITATORS of COLORADO
BANKERS LIFE INSURANCE COMPANY
and BANKERS LIFE INSURANCE
COMPANY and the SPECIAL DEPUTY
LIQUIDATORS of SOUTHLAND
NATIONAL INSURANCE
CORPORATION, on behalf of both the
policyholders and creditors of each of these
insolvent companies,

    *Plaintiffs,*

v.

GREG E. LINDBERG, CHRISTOPHER
HERWIG, DEVIN SOLOW, GLOBAL
GROWTH HOLDINGS, INC., STANDARD
ADVISORY SERVICES, LTD., EDWARDS
MILL ASSET MANAGEMENT, LLC,
ACADEMY FINANCIAL ASSETS, LLC,
ALPHARETTA, LLC, AR PURCHASING
SOLUTIONS, LLC, AR PURCHASING
SOLUTIONS 2, LLC, COMPLYSMART,
LLC, AUGUSTA ASSET MANAGEMENT,
LLC, BALDWIN ASSET MANAGEMENT,
LLC, CAPITAL ASSETS FUND I, LLC,
CAPITAL ASSETS FUND II, LLC,
CAPITAL ASSETS FUND IV, LLC,
CAPITAL ASSETS FUND V, LLC,
CAPITAL ASSETS MANAGEMENT, II,
LLC, CAPITAL ASSETS MANAGEMENT
III, LLC, CHATSWORTH ASSET

**ORDER**

MANAGEMENT, LLC, CV INVESTMENTS, LLC, DAMASCUS ASSET MANAGEMENT, LLC, EPHESUS ASSET MANAGEMENT, LLC, FOREST PARK ASSET MANAGEMENT, LLC, GBIG HOLDINGS, LLC, GILFORD ASSET MANAGEMENT, LLC, HAMPTON ASSET MANAGEMENT, LLC, HPCSP INVESTMENTS, LLC, INTRALAN INVESTMENTS LIMITED, IRON CITY ASSET MANAGEMENT, LLC, ITECH FUNDING, LLC, JACKSON ASSET MANAGEMENT, LLC, KITE ASSET MANAGEMENT, LLC, LILLY ASSET MANAGEMENT, LLC, MARSHALL ASSET MANAGEMENT, LLC, PARADISE ASSET MANAGEMENT, LLC, ROCKDALE ASSET MANAGEMENT, LLC, STANDARD FINANCIAL LIMITED, SUMMERVILLE ASSET MANAGEMENT, LLC, and TYBEE ISLAND ASSET MANAGEMENT, LLC,

*Defendants.*

On this day, came to be considered Defendants Standard Advisory Services, Ltd., Academy Financial Assets, LLC, Augusta Asset Management, LLC, Baldwin Asset Management, LLC, Capital Assets Fund I, LLC, Capital Assets Fund II, LLC, Capital Assets Fund IV, LLC, Capital Assets Fund V, LLC, Capital Assets Management II, LLC, Capital Assets Management III, LLC, Chatsworth Asset Management, LLC, Damascus Asset Management, LLC, Ephesus Asset Management, LLC, Forest Park Asset Management, LLC, Gilford Asset Management, LLC, Hampton Asset Management, LLC, Iron City Asset Management, LLC, iTech Funding, LLC, Jackson Asset Management, LLC, Kite Asset

Management, LLC, Lilly Asset Management, LLC, Marshall Asset Management, LLC, Paradise Asset Management, LLC, Rockdale Asset Management, LLC, Standard Financial Limited, Summerville Asset Management, LLC, Tybee Island Asset Management, LLC (hereinafter collectively, "SAC Defendants") Unopposed Motion to Stay Proceedings Against SAC Defendants. The Court, upon consideration of this motion, is of the opinion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED THAT SAC Defendants' Unopposed Motion to Stay Proceedings Against SAC Defendants is GRANTED. This action against SAC Defendants, including the deadline for SAC Defendants to Answer the Amended Complaint, is hereby stayed.

SO ORDERED. This the 17 day of January, 2025.

JAMES C. DEVER III
United States District Judge