IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-340-D-RN

| | |
|---|---|
| SOUTHLAND NATIONAL INSURANCE CORPORATION in Liquidation, et al., ) ) ) | |
| Plaintiffs, ) ) ) | **ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO STAY** |
| v. ) ) | |
| GREG E. LINDBERG, et al., ) ) | |
| Defendants. ) | |

Before the Court is Plaintiffs Southland National Insurance Corporation, in liquidation, Bankers Life Insurance Company, in liquidation, Colorado Bankers Life Insurance Company, in liquidation, and the Special Deputy Liquidators of Colorado Bankers Life Insurance Company, Bankers Life Insurance Company, Southland National Insurance Corporation's, on behalf of both the policyholders and creditors of each of these insolvent companies (collectively "Plaintiffs") Consent Motion to Stay this action.

Plaintiffs, with the consent of Defendants AR Purchasing Solutions, LLC, AR Purchasing Solutions 2, LLC, ComplySmart, LLC, CV Investments, LLC, and HPCSP Investments, LLC (the "SAC Defendants"), seek an order staying this case against the SAC Defendants until relief from the stay is sought by Plaintiffs. Plaintiffs, with the consent of Defendants Greg Lindberg, Global Growth Holdings, Inc., Alpharetta, LLC, and GBIG Holdings, LLC (the "Lindberg Defendants"), seek an order staying this case against the Lindberg Defendants until Defendant Lindberg is sentenced in

connection with the Bribery Conviction,[1] Fraud Conviction,[2] and when the court enters a disgorgement order in the SEC Action.[3] The Court, upon consideration of the motion, finds that the Plaintiffs' motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Consent Motion to Stay is Granted. This action is stayed against the SAC Defendants until relief from the stay is sought by Plaintiffs. Furthermore, this action is stayed against the Lindberg Defendants until Defendant Lindberg is sentenced in connection with the Bribery Conviction, Fraud Conviction, and when the court enters a disgorgement order in the SEC Action, at which point the Plaintiffs and Lindberg Defendants shall, within 30 days of the later of these actions, notify this Court of the conclusion of those proceedings and propose a briefing schedule to address the preclusive impact of those proceedings on this case.

SO ORDERED. This the 28 day of April, 2025.

JAMES C. DEVER III
United States District Judge

---

[1] *United States v. Lindberg*, 3:23-CR-48 (W.D.N.C.)
[2] *United States v. Lindberg*, 3:23-CR-48 (W.D.N.C.)
[3] *United States Securities and Exchange Commission v. Lindberg, et al.*, 1:22-CV-715 (M.D.N.C.)

2